UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESCOBAR,<br><br>Plaintiff,<br>- *against* -<br><br>LAUNDRY LAND, INC., ET AL.<br><br>Defendants. | 18CV4246 (LMS)<br><br>ORDER |

Lisa Margaret Smith, U.S.M.J.

In this Fair Labor Standards Act case, counsel for the parties submitted their proposed settlement agreement documents for the Court's approval in accordance with Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), see ECF No. 29, and the Court held a teleconference on April 16, 2019, to discuss the terms thereof. The parties thereafter revised the settlement agreement and submitted supplemental information as directed by the Court and resubmitted the settlement agreement for the Court's approval. See ECF No. 32. Having reviewed the revised settlement agreement and supplemental documentation, the Court finds that the settlement set forth therein is fair and reasonable.

Accordingly, the settlement is approved. The Court has SO ORDERED the settlement agreement and it will appear on the electronic docket. The parties are hereby ordered to submit a fully executed copy of the Stipulation and Order of Dismissal within 14 days of the date hereof.

Dated: May 10, 2019
      White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York