UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRICELDA ESCOBAR,

               Plaintiff,

               - against –

LAUNDRY LAND, INC., et al,

               Defendants.

18 CV 4246 (LMS)

**ORDER**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

In light of the letter appearing at ECF No. 43, the Judgement at ECF No. 44 is hereby **VACATED**.

Dated: June 30, 2020
      White Plains, New York

**SO ORDERED,**

_/s/ Lisa Margaret Smith_
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] The parties consented to the undersigned's exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c). ECF No. 28.